HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
ERNIE MICHAEL RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00008 LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; PROPOSED ORDER** |
| vs. | DATE:   July 20, 2015 |
| ERNIE MICHAEL RODRIGUEZ, | TIME:   8:30 a.m. |
| Defendant. | JUDGE: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly Sanchez, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant Ernie Michael Rodriguez, that defendant's change of plea or trial setting hearing scheduled for June 22, 2015 at 8:30 a.m., may be set over to July 20, 2015 at 8:30 a.m.

Defendant has been moved to from Fresno County Jail to Kern County Jail. The defense makes this request to allow defense counsel additional time to meet with Mr. Rodriguez to execute the plea agreement in preparation for an anticipated change of plea hearing.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

for defense preparation and further plea negotiations pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  June 19, 2015          /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  June 19, 2015          /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
ERNIE MICHAEL RODRIGUEZ

**O R D E R**

IT IS SO ORDERED.

   Dated:  **June 19, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE