HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ERNIE MICHAEL RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00008-LJO-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING HEARING; ORDER** |
| vs. | ) **THEREON** |
| ERNIE MICHAEL RODRIGUEZ, | ) |
| | ) Date: October 13, 2015 |
| Defendant. | ) Time: 8:30 A.M. |
| | ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Ernie Michael Rodriguez, that the sentencing hearing currently set for October 13, 2015 at 8:30 a.m., **may be rescheduled to November 30, 2015, at 8:30 a.m.**

This stipulation is at defense counsel's request.  Defense counsel has been made aware that Mr. Rodriguez has recently suffered a broken jaw while in custody at the Kern County detention facilities.  Defense counsel has confirmed with Kern County Sheriff's Office liaison, Sergeant Michelle Black, that Mr. Rodriguez has suffered a broken jaw and that he is pending surgery to have his jaw wired shut.  Mr. Rodriguez's medical condition and the pain he is experiencing make it impractical to travel to court and be fully engaged at sentencing.  The

requested date is a mutually agreeable date for both parties.   The new date also provides for adequate time for Mr. Rodriguez to heal.  As this is a sentencing hearing, no exclusion of time is necessary.  The government does not object to this continuance.

                                       Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated:  October 7, 2015            /s/ *Kimberly Sanchez*
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date:  October 7, 2015             /s/  *Jerome Price*
                                       JEROME PRICE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       ERNIE MICHAEL RODRIGUEZ

**O R D E R**

    For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing currently set for October 13, 2015, is continued to November 30, 2015, at 8:30 a.m.

IT IS SO ORDERED.

    Dated:   **October 7, 2015**               **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE