| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>ERNIE MICHAEL RODRIGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00008-LJO-SKO | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** | |
| | ) | **SENTENCING HEARING; ORDER** | |
| vs. | ) | | |
| ERNIE MICHAEL RODRIGUEZ, | ) | Date: December 14, 2015 | |
| | ) | Time: 9:30 A.M. | |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill | |
| | ) | | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Ernie Michael Rodriguez, that the sentencing hearing currently set for November 30, 2015 at 8:30 a.m., **may be rescheduled to December 14, 2015, at 9:30 a.m.**

This stipulation is at defense counsel's request. In early October, Mr. Rodriguez suffered a broken jaw while in custody at the Kern County detention facilities. Defense counsel has requested a prior continuance because Mr. Rodriguez was to have surgery on the scheduled sentencing date. On today's date, defense counsel has been made aware that Mr. Rodriguez is scheduled for another surgery this Monday, November 30, 2015, to remove the wiring from his jaw. Defense counsel has confirmed this information with Kern County Sheriff's Office liaison,

-1-

Sergeant Michelle Black. In order to not delay Mr. Rodriguez's medical care, the defense requests a further continuance of the sentencing hearing. The government stipulates to this request and the requested date is a mutually agreeable date. As this is a sentencing hearing, no exclusion of time is necessary.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated:  November 24, 2015          /s/ *Kimberly Sanchez*
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date:  November 24, 2015           /s/  *Jerome Price*
                                                JEROME PRICE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                ERNIE MICHAEL RODRIGUEZ

## O R D E R

    For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing currently set for November 30, 2015, is continued to December 14, 2015, at 9:30 a.m.

IT IS SO ORDERED.

   Dated:   **November 25, 2015**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28